1
2
3
4
5
6
7



8
9
10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISABELA IGNAT CODREANU,

Defendant.

Case No.  24-MJ-3591

ORDER OF DETENTION

18
19
20
21
22
23
24
25
26
27
28

I.

On June 17, 2024, Defendant Isabela Ignat Codreanu, assisted by the Romanian language interpreter, made her initial appearance in this district on the criminal complaint filed in the District of Rhode Island. Daniel Nardoni, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Alexander Tran. A detention hearing was held.

☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒    Defendant is a citizen of Romania, does not have any legal status in the United States, and has an outstanding warrant for her removal pending.

☒    Insufficient Bail resources

☒    Family ties to foreign country

As to danger to the community:

☒    Allegations in the criminal complaint involve a scheme with others to place skimming devices at multiple locations in Rhode Island, Maryland, New York, New Jersey, Pennsylvania, Massachusetts, and Tennessee and the use of stolen vehicles and vehicles registered to other persons.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and transported to the United States District Court for the District of Rhode Island for further proceedings scheduled on July 9, 2024 at 10:00 a.m.

The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for her next appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 17, 2024

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3